**No. 10-7390. Bernard Cherry, Petitioner v. City of New York, New York, et al.**

562 U.S. 1152, 131 S. Ct. 940, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 232, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 381 Fed. Appx. 57.